IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 98-CR-432-N

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JAMES CAPADONA,

        Defendant.
_____

**MOTION FOR COMPETENCY DETERMINATION**
_____

        PLEASE TAKE NOTICE that Defendant James Capadona, by and through his counsel, David A. Lane, hereby files the following MOTION FOR COMPETENCY DETERMINATION. The grounds for this motion are set forth as follows:

        1. Undersigned counsel has been counsel for Mr. Capadona for over one year.

        2. During the pendancy of this matter, counsel has had concerns about Mr. Capadona's ability to understand the charges against him and to materially assist in his own defense.

        3. On June 18, 2006 undersigned counsel visited Mr. Capadona at the jail and again became very concerned about his ability to understand the nature of the charges and materially assist in his own defense.

        4. Pursuant to 18 U.S.C. § 4241(a), undersigned counsel hereby moves this Court for an Order for a psychiatric evaluation to determine whether Mr. Capadona is competent to stand trial in this matter.

5. Not that a 7.1 inquiry is necessary in this circumstance, but Joe Allen was not available to comment on this motion when called.

WHEREFORE, it is respectfully requested that this Court grant this motion and for any other relief this Court deems just and proper.

KILLMER, LANE & NEWMAN, LLP

By: s/ David A. Lane
David A. Lane
1543 Champa Street, Suite 400
Denver, CO  80202
(303) 571-1000

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 22nd day of June, 2006, a true and correct copy of the foregoing papers, MOTION FOR COMPETENCY DETERMINATION**,** was caused to be delivered to the following individuals by placing them in the court's efiling system.

Joseph Allen, Esq.
Office of the U.S. Attorney
1225 17th Street, Suite 700
Denver, CO  80202