IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 98-cr-00432-EWN

UNITED STATES OF AMERICA,

     Plaintiff,

v.

1.  JAMES CAPADONA,

     Defendant.

---

## ORDER FOR COMPETENCY EVALUATION OF THE DEFENDANT

---

This matter is before the Court upon the defendant's motion for a competency evaluation. On June 26, 2006, the Court conducted a hearing on defendant's motion and determined that a psychiatric evaluation of defendant James Capadona is appropriate and necessary to determine Mr. Capadona's competence to stand trial and assist in his own defense.

*WHEREFORE, IT IS HEREBY ORDERED* pursuant to Title 18, United States Code, Sections 4241 and 4247(b), that defendant James Capadona be forthwith transferred to the first available facility of the United States Bureau of Prisons at which the Bureau of Prisons is equipped to conduct a complete psychiatric evaluation. While the defendant is at said facility, the Bureau of Prisons is authorized and directed to evaluate the mental condition of defendant by means of a psychiatric examination and observation for a period not to exceed 30 days.

*IT IS FURTHER ORDERED* pursuant to Title 18, United States Code, Sections 4247(b) and (c), that the Bureau of Prisons is to make a written report to this Court of their findings as soon as is practicable, in which report the evaluating psychiatrists should state their opinions as to the defendant's mental competency, sanity, ability to assist in his defense, and need for treatment.

*IT IS FURTHER ORDERED* that the defendant, who is presently serving a prior sentence and is detained pending trial, shall remain committed to the custody of the Attorney General of the United States of America for purposes of the evaluation in accordance with the provisions of Title 18, United States Code, Section 4241.

*IT IS FURTHER ORDERED* that the United States Marshal forthwith transport the defendant for said evaluation and return him as soon as practicable after the completion of the evaluation.

SO ORDERED this 13th day of September, 2006.

BY THE COURT:


s/ Edward W. Nottingham
EDWARD W. NOTTINGHAM, JUDGE
UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO