IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 98–cr–00432–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  JAMES CAPADONA,

    Defendant.

---

## ORDER SETTING TRIAL

---

This matter is set for a three-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on Monday, **May 21, 2007**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.

Dated this 18th day of December, 2006.

                        BY THE COURT:

                        s/ Edward W. Nottingham
                        EDWARD W. NOTTINGHAM
                        United States District Judge