IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 98–cr–00432–EWN

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1. JAMES CAPADONA,

      Defendant.

## ORDER SETTING TRIAL PREPARATION CONFERENCE

      This matter having been set for trial commencing on May 21, 2007, it is now

      **ORDERED** as follows:

      1.  The court will hold a trial preparation conference commencing at 10:00 o'clock a.m. on May 11, 2007, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse, Denver, Colorado.

      2.  In preparing for and participating in the conference, the parties and counsel will follow the Instructions Concerning Preparation for Trial Preparation Conference, a copy of which is available on the court's website, www.cod.uscourts.gov.

      Dated this 13th day of April, 2007.

      BY THE COURT:

      s/ Edward W. Nottingham
      EDWARD W. NOTTINGHAM
      United States District Judge