IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 98–cr–00432–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JAMES CAPADONA,

    Defendant.

## **AMENDED** ORDER SETTING TRIAL

This matter is set for a three-day trial to a jury of twelve, plus alternates, commencing at 9:00 o'clock a.m. on **Tuesday, May 22, 2007**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.

Dated this 18th day of April, 2007.

                                                BY THE COURT:

                                                s/ Edward W. Nottingham
                                                EDWARD W. NOTTINGHAM
                                                United States District Judge